IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIMOTHY G. WILLIAMS,
    Petitioner,

vs.                              Case No.  3:06cv444/LAC/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

## O R D E R

This cause is before the court on Respondent's answer to petition for writ of habeas corpus (Doc. 15).  Respondent seeks denial of the petition for writ of habeas corpus and cites authority in support.  It now appears that the interests of justice would best be served by allowing Petitioner an opportunity to reply.

Accordingly, it is therefore **ORDERED**:

Petitioner shall reply to the answer (Doc. 15) within **TWENTY (20) DAYS** from the date of docketing of this order.

**DONE AND ORDERED** this 16th day of March 2007.

                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**